UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-CV-60622-SEITZ/O'SULLIVAN

GUCCI AMERICA, INC.,

        Plaintiff,

vs.

RICHARD LEE; LEE LUXURY LINES, INC,
and DOES 1-10,

        Defendants.

_____/

## FINAL DEFAULT JUDGMENT

For the reasons set forth in the Court's concurrently issued Order Granting Plaintiffs' Motion for Final Default Judgment, it is hereby

ORDERED that:

(1) Final Default Judgment is ENTERED in favor of Plaintiff Gucci America, Inc. ("Gucci"), against Defendant Lee Luxury Lines, Inc. ("Defendant").

(2) Defendant Lee Luxury Lines shall pay Plaintiff Gucci America, Inc. the sum of **$1,130,224.20** in statutory damages. In addition, Defendant Lee Luxury Lines, Inc. shall pay Plaintiff Gucci America, Inc. the sum of **$4,200.00** in attorney's fees, **$500.00** in costs, and **$436.99** in investigative fees. Plaintiff shall be entitled to post-judgment interest at the statutory rate contained in 28 U.S.C. § 1961, until such Judgment is satisfied.

(3) Defendant Lee Luxury Lines, Inc. and its respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with it, are hereby restrained and enjoined from:

    (A) Manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Gucci Marks as identified below:

1

| Mark | Registration No. | Registration Date |
|---|---|---|
| G (logo) | 2,042,805 | March 11, 1997 |
| GG (logo) | 1,107,311 | November 28, 1978 |
| GUCCI | 0,876,292 | September 9, 1969 |
| Gucci (script) | 3,061,918 | February 28, 2006 |
| G (logo) | 3,039,630 | January 10, 2006 |
| (pattern) | 3,072,549 | March 28, 2006 |
| G (logo) | 3,052,779 | January 31, 2006 |
| GG (logo) | 3,376,129 | January 29, 2008 |
| GG (logo) | 3,378,755 | February 5, 2008 |
| GG (logo) | 3,391,739 | March 4, 2008 |
| (design) | 3,243,972 | May 22, 2007 |
| (design) | 3,238,962 | May 8, 2007 |
| (design) | 3,274,316 | August 7, 2007 |

|   | 3,274,315 | August 7, 2007 |
|   | 1,122,780 | July 24, 1979 |

(B) Using the Gucci Marks in connection with the sale of any unauthorized goods;

(C) Using any logo, and/or layout which may be calculated to falsely advertise the services or products of Lee Luxury Lines, Inc., LeeLuxuryLines.com, LeeLuxuryBags.com, and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Gucci;

(D) Falsely representing itself as being connected with Gucci, through sponsorship or association;

(E) Engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Lee Luxury Lines, Inc., LeeLuxuryLines.com, LeeLuxuryBags.com, and/or any other website or business, are in any way endorsed by, approved by, and/or associated with Gucci;

(G) Using any reproduction, counterfeit, copy, or colorable imitation of the Gucci Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Lee Luxury Lines, Inc., LeeLuxuryLines.com, LeeLuxuryBags.com, and/or any other website or business, including, without limitation, handbags and wallets;

(H) Affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods by Lee Luxury Lines, Inc., LeeLuxuryLines.com, LeeLuxuryBags.com, and/or any other website or business, as being those of Gucci, or in any way endorsed by Gucci;

(I) Otherwise unfairly competing with Gucci, or offering counterfeit goods in commerce;

(J) Secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Gucci Marks; and

(K) Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(5) The domain names LeeLuxuryBags.com and LeeLuxuryLines.com shall be transferred to Gucci's control.

DONE and ORDERED in Miami, Florida this 25th day of November, 2008.

Patricia A. Seitz
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record

*Pro Se* Defendants Richard Lee and Lee Luxury Lines, Inc.
Defendant Lee Luxury Lines, Inc.
608 Melark Drive
Carmel, IN 46032